SCHULTZ, Respondent, v. CORKERY, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Margaret Schultz, as administratrix, etc., against Thomas Corkery. W. A. Jones, Jr., of New York City, for appellant. O. H. Droege, of

New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.